**STATE of Missouri, Respondent,**

v.

**Charles D. BROWN, Appellant.**

**No. WD41070.**

Missouri Court of Appeals,
Western District.

July 18, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

John Munson Morris III, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J.,
LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of forcible rape and from a sentence of thirty years imprisonment.

Affirmed. Rule 30.25(b).

**Michael A. BUTNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41420.**

Missouri Court of Appeals,
Western District.

July 18, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial, without evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).